IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CALVIN EARL SUGGS, JR.[1], :

   Plaintiff, :

v.                              CIVIL ACTION 12-456-WS-M

BALDWIN COUNTY MENTAL HEALTH :
CENTER, et al.,
                                  :

   Defendants.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE** this 1st day of October, 2013.

                                         s/WILLIAM H. STEELE
                                         CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation entered on September 4, 2013 (Doc. 19) contained a typographical error as to Plaintiff's name. Plaintiff's proper name is Calvin Earl Suggs, Jr.