```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

CALVIN EARL SUGGS, JR.,            :

    Plaintiff,                     :

 v.                                           CIVIL ACTION 12-456-WS-M

BALDWIN COUNTY MENTAL HEALTH       :
CENTER, et al.,
                                                          :

    Defendants.

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE** this 1st day of October, 2013.


                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE