IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CALVIN EARL SUGGS, JR., :

    Plaintiff, :

v.                                    CIVIL ACTION 12-456-WS-M

BALDWIN COUNTY MENTAL HEALTH :
CENTER, et al.,
                                       :

    Defendants.

**JUDGMENT**

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE** this 1st day of October, 2013.

                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE